

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00485-CV

**IN RE** Maria Del Socorro **GONZALEZ** and Cesario Gonzalez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

On July 18, 2014, real party in interest Francisco Tovar Jr. filed a motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real party in interest is now due July 31, 2014.

It is so **ORDERED** on July 21st, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 7,848, styled *In the Interest of C.J.V., A Child*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable H. Paul Canales presiding.